IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLEN GILBREATH and
DARLA GILBREATH                                                                                            PLAINTIFFS

v.                                          Case No. 2:12-CV-02142

SUNBEAM PRODUCTS, INC.                                                                                     DEFENDANT

**O R D E R**

Currently before the Court is an affidavit filed by counsel for Defendant Sunbeam Products, Inc. ("Sunbeam") (Doc. 25). The affidavit was filed pursuant to this Court's previous order (Doc. 24), in which the Court granted Sunbeam's motion to compel Plaintiffs Glen Gilbreath and Darla Gilbreath (the "Gilbreaths") to respond to Sunbeam's second set of interrogatories and requests for production, and to produce certain documents identified during the depositions of the Gilbreaths. The Court directed Sunbeam to file an affidavit documenting the fees and expenses incurred in bringing the motion to compel. Sunbeam's affidavit documents $1,628.00 in fees and no additional expenses. The Court finds the requested fees to be reasonable, and the Gilbreaths did not file any objections within the 7-day time period for filing a response.

IT IS THEREFORE ORDERED that the Gilbreaths pay to Sunbeam $1,628.00 in attorney's fees incurred in making Sunbeam's motion to compel.

IT IS SO ORDERED this 14th day of August, 2013.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE