IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLEN GILBREATH and
DARLA GILBREATH
                      PLAINTIFFS

v.        Case No. 2:12-CV-02142

SUNBEAM PRODUCTS, INC.             DEFENDANT

## ORDER

  Currently before the Court is Plaintiffs' motion for voluntary nonsuit (Doc. 58). Plaintiffs Glen Gilbreath and Darla Gilbreath move to dismiss this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant Sunbeam Products, Inc. has filed a response (Doc. 59) indicating that it does not oppose the motion. Because Defendant has already served an answer (Doc. 7) in this case, a court order is required for Plaintiffs' action to be dismissed. Fed. R. Civ. P. 41(a)(2). Therefore, upon due consideration, Plaintiffs' motion (Doc. 58) is GRANTED and Plaintiffs' cause of action is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own fees and costs.

  The Court previously entered an order (Doc. 19) consolidating this case with case no. 2:13-CV-02039, *Trusty, et al. v. Sunbeam Products, Inc.* As consolidation is no longer necessary, the Clerk of the Court is DIRECTED to unconsolidate the cases. Henceforth, all pleadings and other documents in *Trusty, et al. v. Sunbeam Products, Inc.* are to be filed under case no. 2:13-CV-02039.

  IT IS SO ORDERED this 21st day of January, 2014.

                    /s/ P. K. Holmes, III
                    P.K. HOLMES, III
                    CHIEF U.S. DISTRICT JUDGE